No. 10–1013. CORMIER *v.* HORKAN, JUDGE, SUPERIOR COURT OF GEORGIA, SOUTHERN JUDICIAL CIRCUIT, ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–1021. BENLOLO ET AL. *v.* FRENCH NATIONAL BOARD OF PHYSICIANS ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–1023. TABB *v.* BORDIER. Cir. Ct. Jefferson County, W. Va. Certiorari denied.

No. 10–1028. JAMES T. PANAGOS, LLC *v.* HOUSKA, PERSONAL REPRESENTATIVE OF THE ESTATE OF HOUSKA, DECEASED. Sup. Ct. Mo. Certiorari denied.

No. 10–1033. JARVIS ET AL. *v.* LOWNDES COUNTY SHERIFF'S DEPARTMENT ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–1035. LOYE ET AL. *v.* DAKOTA COUNTY, MINNESOTA. C. A. 8th Cir. Certiorari denied.

No. 10–1046. BICKERSTAFF *v.* ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 10–1048. ZHANG *v.* HOLDER, ATTORNEY GENERAL. C. A. 2d Cir. Certiorari denied.

No. 10–1067. SMITH *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 10–1073. CYDRUS *v.* OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM ET AL. Sup. Ct. Ohio. Certiorari denied.

No. 10–1074. KIMBLE *v.* DONAHOE, POSTMASTER GENERAL. C. A. 7th Cir. Certiorari denied.

No. 10–1082. HILL *v.* MUWWAKKIL. Sup. Ct. Va. Certiorari denied.

No. 10–1097. TECO BARGE LINE, INC., NKA U. S. UNITED BARGE LINE, LLC *v.* WILSON, TENNESSEE COMPTROLLER OF THE TREASURY, ET AL. Ct. App. Tenn. Certiorari denied.